UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
10-9-12
OCT 09 2012

Judge Rebecca R. Pallmeyer
United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 1052 |
| vs. ) | |
| ) | Hon. Rebecca E. Pallmeyer |
| ) | |
| FRANK CAIRA ) | |

**Second In Camera Supplement To Motion To Appoint Psychiatric Expert**

COMES NOW the Defendant, Frank Caira, ("Mr. Caira") and moves this Honorable Court to appoint Cavanaugh Group to assist with his preparation for trial.

1. Following the first in camera supplement, the Court requested a budget from counsel regarding the services of the expert witness. The undersigned has discussed the cost of a full evaluation for competency, especially taking into Mr. Caira's prior problems with depression, with various psychiatric providers. None of them could provide a full competency evaluation that takes into account the depression issues for the statutory cap placed on expert witness payments pursuant to the Criminal Justice Act. James Cavanaugh, Jr. the forensic psychiatrist who the undersigned has used for competency evaluations in the past, indicated that the cost of the evaluation would be approximately $6,000.

2. While that amount exceeds the cap for expert services established by the CJA, it is a necessary expenditure due to the complexity of the case. Because, based on his background, Mr. Caira's evaluation requires an examination of depression issues in addition to the standard competency evaluation, the matter is complex and requires the expenditure of funds over and above the statutory cap established by the Criminal Justice Act. The undersigned's records

indicate that he previously submitted this moiton *inc camera*, but he is submitting it again to ensure the Court's receipt thereof.

WHEREFORE, Mr. Caira moves this Court to appoint expert witness, James Cavanugh, Jr. to conduct a competency evaluation and that the Court limit the compensation to which Mr. Cavanuagh is entitled to $6000 or less.

Respectfully submitted,

FRANK CAIRA

By: s/Beau B. Brindley

Beau B. Brindley
LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
(312) 765-8878