Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 1052 - 1 | **DATE** | 10/18/2012 |
| **CASE TITLE** | USA vs. Frank Caira | | |

**DOCKET ENTRY TEXT**

Second *In Camera* Supplement to motion to appoint psychiatric expert granted. The court approves expert reimbursement up to $6,000.00.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|